## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

ROBERT L. SHULER and
PAULINE SHULER LEWIS,
natural children and heirs at law of
decedent PAULINE SLOAN SHULER, and
THE ESTATE OF PAULINE SHULER,

    Plaintiffs,

vs.                                                                                                        No. 2:12-CV-02498

BAPTIST MEMORIAL HEALTH
CARE CORPORATION, d/b/a
Baptist Memorial Hospital-Memphis,

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL

COME NOW the parties in the above styled action, by and through their undersigned attorneys of record, and pursuant to Fed. R. Civ. P. 41(a), give notice of their stipulation to dismiss the Plaintiffs' claims against the Defendants without prejudice.

Respectfully submitted:

/s/ Rachael E. Putnam_____                     /s/ Tabitha F. McNabb_____
Rachael E. Putnam, # 21654                        William W. Dunlap # 7743
Austin T. Rainey # 31421                             Tabitha F. McNabb # 11489
Apperson Crump, PLC                                  Harris Shelton Hanover Walsh, PPLC
*Attorneys for Plaintiffs*                                       *Attorneys for Baptist Hospital*
6070 Poplar Avenue, Ste 600                     2700 One Commerce Square
Memphis, Tennessee 38119                       Memphis, TN 38103
(901) 756-6300